granted. *Solicitor General Fahy* for the United States. *Mr. B. H. Kizer* for respondent.

No. 276. SECURITY FLOUR MILLS CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. Robert C. Foulston* for petitioner. *Solicitor General Fahy* for respondent.

No. 291. UNION BROKERAGE CO. *v.* JENSEN ET AL. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Minnesota granted. *Mr. Leonard Eriksson* for petitioner. *Mr. Ordner T. Bundlie* for respondents.

No. 115. COMMISSIONER OF INTERNAL REVENUE *v.* LANE-WELLS COMPANY ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. Raphael Dechter* for respondents.

No. 193. FELDMAN *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted, limited to the question whether petitioner's testimony given in the New York supplementary proceedings was properly admitted in evidence at the trial. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Messrs. James Marshall* and *Seymour M. Klein* for peti-